# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JOE E. McCASKILL,**

    **Plaintiff,**

**vs.**                                                         **CASE NO. 4:04cv402-RH/WCS**

**JO ANNE B. BARNHART,**
**Commissioner, Social**
**Security Administration,**

    **Defendant.**
_____/

## O R D E R

This cause is before the Court upon referral from the clerk.

In an order filed March 1, 2005, Plaintiff was directed to file a memorandum in support of his position by May 6, 2005. Doc. 8. To date, no memorandum has been received.

Accordingly, it is **ORDERED**:

1. Plaintiff shall have a final 15 days from the date this order is entered on the docket within which to file the memorandum as previously directed, failing which a recommendation will be made that this case be closed for his failure to prosecute this case.

2.  The Clerk of Court is directed to return this file to the undersigned no later than June 6, 2005.

**DONE AND ORDERED** on May 20, 2005.

          S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

1:01cv128-MMP