**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

JO E. McCASKILL

    VS                                                          CASE NO. 4:04cv402-RH/WCS

JO ANNE B. BARNHART

## REFERRAL AND ORDER

The **unopposed** motion/pleading was filed by plaintiff on 06/15/2005 (document #10), and referred to Magistrate Judge William C. Sherrill on 06/15/2005.

Summary of motion/pleading: MOTION FOR EXTENSION OF TIME

WILLIAM M. MCCOOL, CLERK OF COURT

          s/ Pamela Lourcey
DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 16th day of June, 2005, the requested relief is **GRANTED.** Plaintiff's time for filing a memorandum is extended to July 13, 2005. Defendant shall have until August 15, 2005, in which to file a reply memorandum.

          S/ William C. Sherrill
UNITED STATES MAGISTRATE JUDGE