**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**JOE E. McCASKILL,**

    **Plaintiff,**

**vs.**                                  **CASE NO. 4:04cv402-RH/WCS**

**JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,**

    **Defendant.**
_____/


**O R D E R**

This cause is before the Court upon referral from the clerk.

In an order filed March 1, 2005, Plaintiff was directed to file a memorandum in support of his position by May 6, 2005. Doc. 8. Because Plaintiff failed to file the memorandum, this court entered an order on May 20, 2005, directing the Plaintiff to show cause why the complaint should not be dismissed for his failure to obey a court order. Doc. 9. On June 15, 2005, Plaintiff filed a motion for enlargement of time to file his memorandum, doc. 10, which was granted by order dated June 16, 2005, and Plaintiff was given until July 13, 2005, in which to file the memorandum. Again, Plaintiff has failed to file the memorandum.

Accordingly, it is **ORDERED**:

1. Plaintiff shall have a final 15 days from the date this order is entered on the docket within which to file the memorandum as previously directed, failing which a recommendation will be made that this case be closed for his failure to prosecute this case.

2. The Clerk of Court is directed to return this file to the undersigned no later than August 12, 2005.

**DONE AND ORDERED** on July 25, 2005.

    S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**