IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOE E. McCASKILL,

    Plaintiff,

vs.                                   CASE NO. 4:04cv402-RH/WCS

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

In an order filed March 1, 2005, Plaintiff was directed to file a memorandum in support of his position by May 6, 2005. That order specifically advised Plaintiff that failure to file the memorandum would be deemed to be a failure to prosecute and would result in this report and recommendation of dismissal. Doc. 8. On May 20, 2005, this court entered an order directing the Plaintiff to file the memorandum by June 6, 2005, failing which a report and recommendation would be entered recommending this case be closed for his failure to prosecute. Doc. 9. On June 15, 2005, Plaintiff filed a motion for extension of time, doc. 10, which was granted on June 16, 2005, and Plaintiff was

given until July 13, 2005, to file the memorandum.  To date, no motion for extension of time has been received, nor has the memorandum been filed.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  See Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.) *cert. denied*, 493 U.S. 863 (1989).  Because Plaintiff has failed to prosecute this case, the complaint should be dismissed.

It is therefore respectfully **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on August 16, 2005.

 S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

1:01cv128-MMP