*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOE E. McCASKILL,

    Plaintiff,

v.                                      CASE NO. 4:04cv402-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is DISMISSED without prejudice for failure to prosecute. The clerk shall enter judgment accordingly and shall close the file.

    SO ORDERED this 21st day of September, 2005.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge